USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 7/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS ESPINOSA,
A 076 578 538,

Petitioner,

-against-

Todd Blanche, in his official capacity as U.S. Attorney General;
Marcos Charles, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations;
David Venturella, in his official capacity as Acting Director, Immigration and Customs Enforcement;
Markwayne Mullin, in his official capacity as Secretary of the U.S. Department of Homeland Security;
Kenneth Genalo, in his official capacity as the Field Office Director for ICE ERO's New York City Field Office,

Respondents.

26 Civ. 5802 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241. *See* ECF No. 1. Petitioner's transfer or removal to any location outside of this District, the Eastern District of New York, or the District of New Jersey is ADMINISTRATIVELY STAYED pending further order of the Court.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order. Counsel for Respondents shall promptly enter an appearance.

SO ORDERED.

Dated: July 9, 2026
New York, New York

ANALISA TORRES
United States District Judge