UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS ESPINOSA,

                            Petitioner,

         -against-

Todd Blanche, in his official capacity as U.S.
Attorney General;
Marcos Charles, in his official capacity as Acting
Executive Associate Director, Enforcement and
Removal Operations;
David Venturella, in his official capacity as Acting
Director, Immigration and Customs
Enforcement;
Markwayne Mullin, in his official capacity as
Secretary of the U.S. Department of Homeland
Security;
Kenneth Genalo, in his official capacity as the Field
Office Director for ICE ERO's New York City
Field Office,

                            Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___7/30/2026___

26 Civ. 5802 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241, as well as the government's response.  *See* Pet., ECF No. 1; ECF Nos. 9–11.  Deportation Officer Felix Martinez Genao states that on July 8, 2026, Enforcement and Removal Operations ("ERO") "took petitioner into custody and revoked his [Order of Supervision ('OSUP')] based on a violation of his OSUP conditions."  Genao Decl. ¶ 30, ECF No. 10.  The declaration does not specify who revoked Petitioner's OSUP.  The "Notice of Revocation of Release" is digitally signed by Assistant Field Office Director Darius L. Robinson, although the Petitioner was served with the Notice and interviewed by Deportation Officer Kyrios Doolcharan.  *See* ECF Nos. 11-7, 11-8.

Accordingly, by **July 31, 2026,** the government shall file a sworn declaration from Assistant Field Office Director Darius Robinson addressing the steps he took in this case to determine that Petitioner violated an OSUP condition and revoke his OSUP.  The sworn declaration shall also address who, if anyone, is authorized to use Robinson's digital signature and whether, in this case, Robinson himself signed the "Notice of Revocation of Release."  *See* ECF No. 11-7.

SO ORDERED.

Dated: July 30, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge