UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS ESPINOSA,

A 076 578 538,

Petitioner,

-against-

TODD BLANCHE, IN HIS OFFICIAL CAPACITY AS U.S. ATTORNEY GENERAL; MARCOS CHARLES, IN HIS OFFICIAL CAPACITY AS ACTING EXECUTIVE ASSOCIATE DIRECTOR, ENFORCEMENT AND REMOVAL OPERATIONS; DAVID VENTURELLA, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; KENNETH GENALO, IN HIS OFFICIAL CAPACITY AS THE FIELD OFFICE DIRECTOR FOR ICE ERO'S NEW YORK CITY FIELD OFFICE.,

Respondents.

26 CIVIL 05802 (AT)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum Order dated October 14, 2026, the Petition is granted.

**Dated:** New York, New York
October 16, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**